

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,
    Plaintiff,

v.

Ibraheem Izzy Musaibli,
    aka Abu Shifa Musaibli,
    aka Abu 'Abd Al-Rahman Al-Yemeni,

    Defendant.

Case: 2:18-cr-20495
Judge: Lawson, David M.
MJ: Majzoub, Mona K.
Filed: 07-19-2018 At 04:32 PM
SEALED MATTER (LG)

VIO: 18 U.S.C. § 2339B

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

18 U.S.C. § 2339B, Providing and Attempting to Provide Material Support to a Designated Foreign Terrorist Organization

In or about April 2015, and continuing through in or about June 2018, in the Eastern District of Michigan and within the extraterritorial jurisdiction of the United States, IBRAHEEM IZZY MUSAIBLI, aka ABU SHIFA MUSAIBLI, aka ABU 'ABD AL-RAHMAN AL-YEMENI, a United States citizen who last resided in the Eastern District of Michigan, did knowingly provide and attempt to provide material support and resources in the form of personnel (namely, himself) and services, to a foreign terrorist organization, to wit: the Islamic State of Iraq and

al-Sham ("ISIS"), which, at all times relevant to this Indictment, was designated by the Secretary of State as a foreign terrorist organization, knowing that ISIS was a designated foreign terrorist organization and that ISIS engages and has engaged in terrorist activity and terrorism, all in violation of Title 18, United States Code, Section 2339B.

THIS IS A TRUE BILL

s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

s/Cathleen M. Corken
Cathleen M. Corken
Chief, National Security Unit
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9011

s/Kevin M. Mulcahy
Kevin M. Mulcahy
Assistant United States Attorney
211 W. Fort St., Suite 2100
Detroit, Michigan 48226

Dated: July 19, 2018

| United States District Court<br>Eastern District of Michigan | Criminal Case ( | Case: 2:18-cr-20495<br>Judge: Lawson, David M.<br>MJ: Majzoub, Mona K.<br>Filed: 07-19-2018 At 04:32 PM<br>SEALED MATTER (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: (signature) |

Case Title: USA v. Ibraheem Izzy Musaibli

County where offense occurred: within the extraterritorial jurisdiction of the U.S.

Check One:    ☒ Felony        ☐ Misdemeanor        ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:              ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                **Charges**                **Prior Complaint (if applicable)**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

7/19/18
Date

(signature)
Kevin M. Mulcahy
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9713
Fax:   (313) 226-4678
E-Mail address: kevin.mulcahy@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.