UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Ibraheem Izzy Musaibli,
aka Abu Shifa Musaibli,
aka Abu 'Abd Al-Rahman Al-Yemeni,

    Defendant.

Criminal No. 18-cr-20495

Honorable David M. Lawson



FILED
JUL 24 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

**GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT**

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrant in this case, and states:

1. The Indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrant be unsealed because the defendant has been arrested and is entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

s/Cathleen M. Corken
Cathleen M. Corken
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Cathleen.corken@usdoj.gov
(313) 226-0206

Dated: July 24, 2018

**IT IS SO ORDERED.**

_____
ELIZABETH A. STAFFORD
United States Magistrate Judge

Entered:   JUL 2 4 2018