UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                             Case Number 18-20495
v.                                              Honorable David M. Lawson

IBRAHEEM IZZY MSUAIBLI,

        Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND MOTION CUTOFF

This matter is before the Court on the defendant's unopposed motion to extend the deadline for filing pretrial motions. The Court has reviewed the motion and finds that the defendant has shown good cause for granting the relief that he seeks.

Accordingly, it is **ORDERED** that the defendant's unopposed motion to extend the motion cutoff date (ECF No. 27) is **GRANTED**. If the defendant wants to file any pretrial motions then he must do so **on or before December 14, 2018**.

                                                              s/David M. Lawson
                                                              DAVID M. LAWSON
                                                              United States District Judge

Date:   October 22, 2018

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 22, 2018.

                              s/Susan K. Pinkowski
                              SUSAN K. PINKOWSKI