UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,　　　　　　　　　　　　　Case Number 18-20495
v.　　　　　　　　　　　　　　　　　　　　　Honorable David M. Lawson

IBRAHEEM IZZY MUSAIBLI,

        Defendant.
_____/

## ORDER ALLOWING INTERVIEWER TO ENTER DETENTION FACILITY

This matter is before the Court on a request by the defendant for an order allowing his attorney's paralegal, Alexis Ringman, to enter the facility where he is detained, for the purpose of interviewing the defendant. The Court has reviewed the defendant's motion and finds that it should be granted.

Accordingly, it is **ORDERED** that the defendant's request for an order to facilitate entry by defense counsel's paralegal is **GRANTED**.

It is further **ORDERED** that Alexis Ringman shall be allowed to enter the Milan Federal Detention Center, or any other facility where the defendant is detained in the custody of the United States Marshal, for the purpose of interviewing the defendant.

It is further **ORDERED** that Alexis Ringman shall be allowed to meet with the defendant in a suitable location that will accommodate a private and unobstructed face-to-face meeting with the defendant, for the time reasonably necessary to complete the interview.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Date:   April 22, 2019

- 2 -

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 22, 2019.

                          s/Susan K. Pinkowski
                          SUSAN K. PINKOWSKI

- 2 -