UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                      Case No. 18-20495

v.

                                         Hon. David M. Lawson

Ibraheem Izzy Musaibli,

        Defendant.
_____/

### Notice of Withdrawal of Motion for Order Limiting Extrajudicial Pretrial Statements by Parties (R. 51)

Ibraheem Izzy Musaibli, through his attorneys, the Federal Community Defender for the Eastern District of Michigan, notifies this Court that he is withdrawing the motion for a protective order restricting public communications by parties and their attorneys to prevent the substantial likelihood of prejudicial pretrial publicity and to both protect the administration of justice and Mr. Musaibli's due process rights.

The day after filing the superseding indictment, the United States Attorney's Office of the Eastern District of Michigan issued a press release regarding the newly issued superseding indictment filed in this case. *Michigan Man who Joined ISIS is Charged with Additional Offenses*, U.S. Dept. of Justice (Apr. 10, 2019). This press release included a statement that

1

was potentially prejudicial to Mr. Musaibli's right to a fair trial. That statement is no longer included as part of the press release after its update on April 24, 2019.

Both parties subsequently conferred on this issue and agreed that the removal of the statement from the press release obviates the need at this time for Mr. Musaibli's motion for a protective order restricting public communications by parties and their attorneys.

Submitted,

s/Fabián Rentería Franco
Fabián Rentería Franco
James R. Gerometta
Miriam Siefer
Attorneys for Mr. Musaibli
FEDERAL COMMUNITY DEFENDER
613 Abbott Street, 5th Floor
Detroit, Michigan 48226
Email: fabian_renteria_franco@fd.org
Phone: 313.463.6143
Facsimile: 313.962.0685

Dated: May 1, 2019