UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

UNITED STATES OF AMERICA,

                Plaintiff,

                    Case No.   18-Cr-20495

       v.

                    HON. DAVID M. LAWSON

IBRAHEEM IZZY MUSAIBLI,
   aka Abu Shifa Musaibli,
   aka Abu 'Abd Al-Rahman Al-Yemeni,
   aka Abu Abdallah Al Yemeni,
   aka Abdallah Umar Al-Salih,
   aka Ibraheem 'Izd 'Umar Salih Musaibad,

                Defendant.

_____

**MOTION TO EXCEED PAGE LIMIT FOR GOVERNMENT'S MOTION AND SUPPORTING MEMORANDUM OF LAW FOR AN ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

_____

The United States, through its undersigned attorneys, hereby moves this Court, pursuant to Local Rule 7.1(d)(3)(A), for an order permitting the government to file a motion and supporting memorandum of law for an order pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure in excess of the twenty-five page limit.

The government's motion involves a statute that is not a common subject of litigation.   As a result, the explanatory material relating to the statute and its

operation comprise a significant portion of the government's brief.   Further, the

motion addresses in detail the items that are the subject of the government's

request under section 4 of the Classified Information Procedures Act and Rule

16(d)(1).   For these reasons, the government has written a motion that is forty-

three pages in length.

The government sought the concurrence of defense counsel in this request

but had not received a response as of the time of filing.

WHEREFORE, the United States requests that the Court grant its motion

and permit it to file a brief its motion in excess of twenty-five pages in length.

Respectfully submitted this 22th day, of July, 2019.

MATTHEW SCHNEIDER
United States Attorney

By:                                        s/*Cathleen M. Corken*
                                              Cathleen M. Corken
                                              Assistant United States Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, MI   48226
                                              Cathleen.corken@usdoj.gov
                                              (313) 226-9100

                                               s/*Kevin Mulcahy*
                                               Kevin Mulcahy
                                              Assistant United States Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, MI 48226
                                               Kevin.mulcahy@usdoj.gov
                                              (313) 226-9713

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 22, 2019, I electronically filed the foregoing document using the ECF system, which will send notification of filing to the counsel of record.

<u>s/Cathleen M. Corken</u>
Assistant U.S. Attorney