UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                     Case Number 18-20495
v.                                                    Honorable David M. Lawson

IBRAHEEM IZZY MUSAIBLI,

       Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COUNT THREE OF THE FIRST SUPERSEDING INDICTMENT AND DISMISSING AS MOOT DEFENDANT'S MOTIONS TO DISMISS COUNT THREE

This matter is before the Court on the government's motion to dismiss Count Three of the First Superseding Indictment, and, consequently, to deny as moot the motions to dismiss that count which the defendant previously filed. The government represented in its motion that the defendant's counsel consented to the relief requested. The motion therefore will be granted.

Accordingly, it is **ORDERED** that the government's motion to dismiss (ECF No. 69) is **GRANTED**, and Count Three of the First Superseding Indictment is **DISMISSED**.

It is further **ORDERED** that the defendant's motions to dismiss (ECF No. 58, 60) are **DISMISSED** as moot.

                                                                       s/David M. Lawson
                                                                       DAVID M. LAWSON
                                                                       United States District Judge

Date: July 29, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 29, 2019.

                                s/Susan K. Pinkowski
                                SUSAN K. PINKOWSKI