UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                 Case Number 18-20495

v.                                          Honorable David M. Lawson

IBRAHEEM IZZY MUSAIBLI,

    Defendant.
_____/

### ORDER FOR TRANSPORTATION OF DEFENDANT FOR COMPETENCY EXAMINATION

On August 6, 2019, the Court granted the defendant's second motion for a competency examination and ordered the Bureau of Prisons to inform the Court, the defendant's attorney, and the attorney for the government once the defendant had been designated to a suitable facility. The parties informed the Court on August 12, 2019 that the BOP has designated the defendant to the Federal Medical Center in Butner, North Carolina for the purpose of the examination.

Accordingly, it is **ORDERED** that the United States Marshal Service shall transport the defendant to the Federal Medical Center in Butner, North Carolina for the purpose of a competency examination.

                                                         s/David M. Lawson
                                                         DAVID M. LAWSON
                                                         United States District Judge

Date: August 13, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 13, 2019.

                                s/Susan K. Pinkowski
                                SUSAN K. PINKOWSKI