UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                             Case Number 18-20495

v.                                           Honorable David M. Lawson

IBRAHEEM IZZY MUSAIBLI,

      Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO ADJOURN HEARING

This matter is before the Court on the defendant's motion to adjourn the hearing on his pending motions presently scheduled for June 22, 2020 so that his secondary counsel who was appointed to review the case file and advise the defendant about his *pro se* motion for appointment of new primary counsel may have adequate time to review the discovery materials and discuss the issues with the defendant. The Court has reviewed the motion, which the government does not oppose, and finds that it should be granted.

Accordingly, it is **ORDERED** that the defendant's unopposed motion to adjourn (ECF No. 90) is **GRANTED**, and the hearing on the defendant's motion for a competency hearing and for appointment of new counsel is **ADJOURNED** to **July 16, 2020** at **11:00 a.m.**

                                                            s/David M. Lawson
                                                            DAVID M. LAWSON
                                                            United States District Judge

Dated:  June 10, 2020