UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,                               Case Number 18-20495

v.                                           Honorable David M. Lawson

IBRAHEEM IZZY MUSAIBLI,

              Defendant.

_____/

**ORDER FINDING DEFENDANT COMPETENT AND
DISMISSING DEFENDANT'S MOTION FOR NEW COUNSEL**

On July 16, 2020, the defendant and counsel for the parties appeared before the Court via videoconference for a competency hearing, and a hearing on the defendant's motion for new counsel. The report of two expert examiners was accepted and considered by the Court without objection by either party. After reviewing the report and considering the positions of the parties, the Court announced from the bench its determination that the defendant is not suffering from any mental disease or defect that would render him incompetent to stand trial or otherwise to proceed in the case within the meaning of 18 U.S.C. § 4241(a) & (d). The Court also heard oral argument on the defendant's motion for new counsel, and the defendant stated on the record his desire to withdraw the motion.

Accordingly, it hereby is **DETERMINED**, for the reasons stated on the record, that the defendant is not presently suffering from any mental disease or defect that would render him incompetent to stand trial or otherwise proceed in the case within the meaning of 18 U.S.C. § 4241(a) & (d).

It is further **ORDERED** that the defendant's motion for new counsel (ECF No. 80) is **DISMISSED** for the reasons stated on the record.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  July 16, 2020