UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

IBRAHEEM IZZY MUSAIBLI,
  aka Abu Shifa Musaibli,
  aka Abu 'Abd Al-Rahman Al-Yemeni,
  aka Abu Abdallah Al Yemeni,
  aka Abdallah Umar Al-Salih,
  aka Ibraheem 'Izd 'Umar Salih Musaibad,

          Defendant.

Case No. 18-20495

HON. DAVID M. LAWSON

_____

**UNITED STATES' UNOPPOSED MOTION TO EXCEED PAGE LIMIT**
_____

The United States seeks leave to file its Motion to Admit ISIS Documents that exceeds the 25-page limit noted in the Local Rules for the Eastern District of Michigan. The motion is 34 pages long. The increase in page limit is necessary due to the lengthy and significant factual background in this case, as well as the need to explain the various ISIS documents that are the subject of the motion. Given the unique nature of the case (involving allegations that the defendant joined, and provided material support to, the Islamic State), the United States requests this extension of the page limit to adequately address all the legal and factual issues

raised in the motion.  Pursuant to Local Rule 7.1, the government sought concurrence with defense counsel, and defense counsel concurs with this motion.

> MATTHEW SCHNEIDER
> United States Attorney
>
> s/*Kevin M. Mulcahy*
> Kevin M. Mulcahy
> Hank Moon
> Assistant United States Attorney
> 211 W. Fort Street, Suite 2001
> Detroit, MI  48226
> Kevin.Mulcahy@usdoj.gov
> (313) 226-9713

Date:  December 31, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2020, I electronically filed the foregoing document using the ECF system, which will send notification of filing to the counsel of record.

> s/Kevin M. Mulcahy
> Assistant U.S. Attorney