UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No. 18-20495

  v.

                           Hon. David M. Lawson

Ibraheem Izzy Musaibli,

        Defendant.
_____/

**List of Exhibits to Defendant's Motion to Suppress Statements Made During His Interrogation Over Remote Messaging Applications and Custodial Statements Tainted by the Involuntary Statements Made During This Interrogation**

    Ex. A – Map of Operation Al-Jazeera Storm

    Ex. B – Telegram Communications (pending Court's order on whether sealed filing is granted)

    Ex. C – Facebook Messenger Communications (pending Court's order on whether sealed filing is granted)