

Ex. A