# Exhibit B

**Telegram Communications**

**(pending Court's order on whether sealed filing is granted)**