# Exhibit C

Facebook Messenger Communications

(pending Court's order on whether sealed filing is granted)