UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                  Case Number 18-20495

v.                                               Honorable David M. Lawson

IBRAHEEM IZZY MUSAIBLI,

        Defendant.

_____/

## ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO FILE EXCESS PAGES AND DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL

This matter is before the Court on the government's motion for leave to file excess pages and the defendant's motion for leave to file under seal certain exhibits in support of his motion to suppress statements made during an interrogation. The government seeks permission to submit excess briefing in support of its motion to admit into evidence a large volume of documents allegedly seized from ISIS sources. The defendant asks the Court to allow the sealed filing of two exhibits to his motion to suppress because public disclosure of the information in the exhibits could impair his ability to obtain a fair trial by an impartial jury in this district. The Court has considered the parties' motions and finds that both should be granted.

Accordingly, it is **ORDERED** that the government's motion for leave to file excess pages (ECF No. 101) is **GRANTED**, and the government's contemporaneously submitted 34-page motion brief is deemed properly filed.

It is further **ORDERED** that the defendant's motion for leave to file exhibits under seal (ECF No. 104) is **GRANTED**, and the defendant is permitted to file **UNDER SEAL** those exhibits in support of his motion to suppress that comprise records of communications between the

- 2 -

defendant and agents of the Federal Bureau of Investigation through the instant messaging applications Telegram and Facebook Messenger.

                                                                                    s/David M. Lawson  
                                                                                    DAVID M. LAWSON  
                                                                                    United States District Judge

Dated: January 7, 2021