UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

       Case Number 18-20495
       Honorable David M. Lawson

IBRAHEEM IZZY MUSAIBLI,

       Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO SEAL

This matter is before the Court on the government's motion for leave to to file under seal Exhibits 1 through 4 of its response to the defendant's motion to suppress certain statements made during electronic communications with law enforcement agents. The government asks to file the documents under seal due to the defendant's previously expressed concern that public disclosure of the information in the exhibits could impair his ability to obtain a fair trial by an impartial jury in this district. The Court has considered the motion and finds that it should be granted.

Accordingly, it is **ORDERED** that the government's motion to seal (ECF No. 112) is **GRANTED**, and the government is permitted to file **UNDER SEAL** Exhibits 1 through 4 of its response to the defendant's motion to suppress certain statements made during electronic communications with the FBI.

       s/David M. Lawson
       DAVID M. LAWSON
       United States District Judge

Dated: February 11, 2021