UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                    Case Number 18-20495

v.                                                    Honorable David M. Lawson

IBRAHEEM IZZY MUSAIBLI,

       Defendant.
_____/

## ORDER EXTENDING REPLY DEADLINE

Pursuant to the stipulation of the parties (ECF No. 119),

It is **ORDERED** that the parties' reply briefs in support of their various pretrial motions must be filed **on or before March 5, 2021**.

                                                                 s/David M. Lawson
                                                                 DAVID M. LAWSON
                                                                 United States District Judge

Dated:  February 23, 2021