UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

    v.

Ibraheem Izzy Musaibli,
    aka Abu Shifa Musaibli,
    aka Abu 'Abd Al-Rahman Al-Yemeni,
    aka Abdallah Umar Al-Salih,
    aka Ibraheem 'Izd 'Umar Salih Musaibad,

    Defendant.

Criminal No. 18-cr-20495

Hon. David M. Lawson

## DEFENDANT'S ACKNOWLEDGMENT OF FIRST SUPERSEDING INDICTMENT

I, Ibraheem Izzy Musaibli, defendant in this case, hereby acknowledge that I received a copy of the First Superseding Indictment before entering my plea and that I read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

- Count One: 20 years' imprisonment, a fine of $250,000, or both.

- Count Two: 20 years' imprisonment, a fine of $250,000, or both.

1

- Count Three: count dismissed on July 29, 2019 (ECF No. 72, PageID.208).

- Count Four: mandatory 10 years' imprisonment and a fine of up to $250,000.

/s/ Ibraheem Izzy Musaibli
(signed by Fabián Rentería w/ Mr. Musaibli's consent)
Ibraheem Izzy Musaibli
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty days of arraignment.

/s/ Fabián Rentería Franco
Fabián Rentería Franco
Counsel for Defendant

Dated: April 21, 2021