UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                              Case No. 2:18−cr−20495−DML−MKM
                                              Hon. David M. Lawson

Ibraheem Izzy Musaibli,

                    Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of CONTINUED Hearing on [102] MOTION to Admit ISIS Documents as to Ibraheem Izzy Musaibli. **Motion Hearing set for 6/30/2021 at 8:30 AM before District Judge David M. Lawson.** (SPin)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 767.

**ADDITIONAL INFORMATION:** Counsel and attendees must use the Lafayette Street Entrance.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/S. Pinkowski
                                                            Case Manager

Dated: June 22, 2021