UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                    Case Number 18-20495

v.                                                Honorable David M. Lawson

IBRAHEEM IZZY MUSAIBLI,

       Defendant.
_____/

## ORDER REGARDING SUPPLEMENTAL BRIEFING

The Court held a hearing and a continued hearing on the defendant's motions to suppress custodial statements and statements made during electronic message communications with the government's agent. The parties requested permission to file supplemental briefs addressing the testimony presented and issues raised during the evidentiary hearings. The Court has considered the joint request for additional briefing and finds that it should be granted.

Accordingly, it is **ORDERED** that if the parties want to file supplemental briefs addressing the defendant's motions to suppress (ECF No. 106, 107), then they must do so **on or before July 21, 2021**. The submission for each side shall be limited to a single consolidated brief addressing both motions, which shall not exceed 10 pages.

                                                                        s/David M. Lawson
                                                                        DAVID M. LAWSON
                                                                         United States District Judge

Dated:   June 22, 2021