UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case Number 18-20495
    Honorable David M. Lawson

IBRAHEEM IZZY MUSAIBLI,

    Defendant.

_____/

## ORDER REGARDING SUPPLEMENTAL BRIEFING

The Court held a hearing on the government's motion asking the Court to admit at trial certain documents attributed to the ISIS organization. The parties requested permission to file supplemental briefs addressing the testimony presented and issues raised during the hearing. The Court has considered the joint request for additional briefing and finds that it should be granted.

Accordingly, it is **ORDERED** that if the parties want to file supplemental briefs addressing the government's motion to admit ISIS documents (ECF No. 102), then they must do so **on or before July 30, 2021**. The submission for each side shall not exceed 15 pages.

    s/David M. Lawson
    DAVID M. LAWSON
    United States District Judge

Dated:   June 29, 2021