UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-cr-20495 |
| Plaintiff | Judge David Lawson |
| V. | Motion To Dismiss Indictment on All Counts for Failure to State a Cause of Action and for Want of Jurisdiction |
| IBRAHEEM MUSAIBLI, | |
| Defendant | |

Now comes the Defendant IBRAHEEM MUSAIBLI, *pro se*, moving the United States District Court (USDC) Judge DAVID LAWSON to DISMISS the Indictment on All Counts for the UNITED STATES OF AMERICA ("U.S.") Failure to State a Cause of Action and for Want of Jurisdiction:

1. Want of Jurisdiction. Claim defense, Patriot Act Jurisdiction MUST originate from the U.S. Constitution, the U.S. Law

28
29
30  Enforcement Officers, nay Principal or
31  Agent, CANNOT charge an U.S. Citizen
32  with an Offense Overseas, NOT on U.S. Soil
33  [e.g., Land, Air or Water (LAW)], without
34  lawful Jurisdiction to lawfully enforce
35  Jurisdiction. IBRAHEEM MUSAIBLI is a
36  Muslim Arab Native ("MAN") born
37  American citizen falsely charge with
38  terrorist crimes OVERSEAS without
39  material evidence of damage cause
40  to any person, place, or thing as
41  proof(s) offered to state a meritorious
42  claim. Admiralty Law / Civil Law /
43  International Law / Merchantile Law /
44  Law of the Sea / Black's Law Dictionary,
45  7th Ed. (Abridged), Admiralty, p. 38
46  (2000), ISBN: 0-314-24077-2 ("Admiralty
47  (ad-mə-rəl-tee), n. 1. "... court...
48  jurisdiction over all... contracts, torts,
49  injuries, or offenses. The federal courts
50  are so called when exercising their
51  jurisdiction, which is conferred by the
52  U.S. Constitution (art. III, Sec. 2, cl. 1). —
53  Also termed admiralty court; maritime
54  court. 2. The system of jurisprudence that

55 | Case No. 18-cr-20495                3 of 7 pages
56 |
57 | has grown out of the practice of
58 | admiralty courts; MARITIME LAW.
59 | 3. Narrowly, the rules governing
60 | contract, tort, and worker's
61 | compensation claims arising out of
62 | commerce on or over water [i.e.,
63 | OVERSEAS]. — Also termed (in senses
64 | 2 & 3 admiralty law. — admiralty,
65 | adj."). Without material evidence
66 | of damage cause to any person, place
67 | or thing, proof(s) offered to state
68 | a meritorious claim. The Indictment
69 | alleged offense, at law, logical positivism
70 | is NOT a "controversy: 1. A disagreement
71 | or a dispute, esp. in public. 2. A justiciable
72 | dispute. 3. Constitutional law. A case
73 | that requires a definitive determiNATION
74 | of the LAW on the facts alleged for the
75 | adjudication of an actual dispute, and
76 | not merely a hypothetical, theoretical,
77 | or speculative legal issue. — Also termed
78 | (in senses 2 & 3) actual controversy.
79 | See CASE-OR-CONTROVERSY REQUIREMENT." Id.,
80 | at p. 268. IBRAHEEM MUSAIBLI is actually
81 | innocent, and CANNOT be guilty without

82 Case No. 18-cr-20495                              4 of 7 pages
83
84 lawful Jurisdiction; damage of any
85 person, place or thing, or actual
86 controversy. The U.S. Law Enforcement
87 Officers know the U.S. constitutional law,
88 but intentionally corrupt the U.S.
89 constitutional law cause judicial
90 activism. Holy Bible (KJV), Matthew 26:14-16
91 (Judas); Holy Quran (Maulana Muhammad
92 Ali Translation), Al 'Imrān (English: The
93 Family of Amran) 3:60, 3:65 ("This is the
94 truth from the Lord, so be not of the disputers....
95 O People of the Book, why do you dispute about
96 Abraham, when the Torah and the Gospel were
97 not revealed till after him? Do you not
98 understand?") Amen. IBRAHEEM MUSAIBLI
99 moves the USDC Judge DAVID LAWSON to DISMISS
100 the Indictment on All Counts for the U.S. Failure
101 to State a Cause of Action and for Want of
102 Jurisdiction.
103
104       2. Jurisdiction & Due Process.
105 IBRAHEEM MUSAIBLI Moves To Dismiss All
106 Charges For Wanton Incapacitation to Afford
107 U.S. Constitution, Amendment 5 (1791)
108 (Due Process Clause) and Amendment 14 (1868)

111 (Due Process Clause & Equal Protection Clause)
112 Protection of the Rights of IBRAHEEM MUSAIBLI,
113 An U.S. Citizen To Answer For A Capital, Or
114 Otherwise Infamous Crime on Foreign
115 Allegations without Lawful Access to Foreign
116 Personal Witnesses, Foreign Material Evidence,
117 or Foreign Documents and Foreign Intelligence
118 Information even, In Camera Review, by An USDC
119 Judge Under Shadow Of Law National Security
120 Act (1947) or Letters Rogatory To Give The
121 U.S. Citizen in the Case, at bar, A Fair Trial.
122 Speedy Trial Act (1974), Title 18 United States
123 Code, Section 3161-3174 (establishing time
124 limits for carrying out the major events
125 (such as information, indictment,
126 arraignment, and trial commencement)
127 in the prosecution of federal criminal cases).
128 For the record, IBRAHEEM MUSAIBLI was
129 tortured to give U.S. Law Enforcement
130 statements, and the Assistant Federal
131 Defender James Gerometta would not
132 "spend time discussing the contents of [this
133 motion]" October 19, 2021, was his response
134 to the 8 October 2021 Re: Request for Effective
135 Assistance of Counsel (Acronym: "CARE").

136 | Case No. 18-cr-20495                          6 of 7 pages
137 |
138 | IN GOOD FAITH,
139 | *[signature: Ibraheem Musaibli]*
140 |                                                 11-10-2021
141 | IBRAHEEM MUSAIBLI, pro se      Date
142 | Reg. No. 56787-039
143 | FDC Milan
144 | POB 1000
145 | Milan, MI 48160
146 |
147 |              Proof of Service
148 |
149 |     I, IBRAHEEM MUSAIBLI, do solemnly swear
150 | to have mailed the Attorney General Merrick
151 | Garland, Attorney James Gerometta, and USDC
152 | Judge David Lawson, a true and correct copy of
153 | the Motion To Dismiss:
154 |
155 | A.G. Garland                   Clerk of the Court
156 | c/o USA Office E. Dist. MI.    USDC Judge David Lawson
157 | 211 W. Fort ST.                831 W. Lafayette BLVD.
158 | Suite 2001                     Room 564
159 | Detroit, MI 48226              Detroit, MI 48226

160 Case No. 18-cr-20495                              7 of 7 pages
161
162 Attorney James Gerometta
163 Federal Community Defender
164 613 Abbott Street, Suite 500
165 Detroit, Michigan 48226
166
167 U.S. Postage, First Class Mail, prepaid by way
168 of USPS this Tue. day, date of 9, Nov., 2021.
169
170 IN GOOD FAITH,
171
172 _[signature]_____    11-9-2021
173 IBRAHEEM MUSAIBLI, pro se           Date

# FEDERAL COMMUNITY DEFENDER
## Eastern District of Michigan
613 Abbott Street, Suite 500
Detroit, Michigan 48226

*Telephone:* (313) 967-5542  ■  *Facsimile:* (313) 962-0685

**MICHAEL CARTER**
*Executive Director/Chief Counsel*

**JAMES GEROMETTA**
*Assistant Federal Defender*
(313) 967-5839

October 19, 2021

**LEGAL MAIL - CONFIDENTIAL**

Ibraheem Musaibli
Reg No 56787-039
FDC Milan
PO Box 1000
Milan, MI 48160

Re:   *United States of America v. Ibraheem Musaibli*

Ibraheem:

I am in receipt of your letter dated October 8, 2021. Per your request I am submitting this written response to you acknowledging receipt. I will not spend time discussing the contents of your letter, which could be characterized as nonsense. We have spent many hours with you discussing your case, trial strategy and the legal and factual hurdles in mounting a defense. In the event we lose, please feel free to submit this letter as evidence that I was advised of, but failed to file, a "Motion to Dismiss All Charges for Wanton Incapacitation . . ."

One of us will see you soon to keep preparing for trial

Sincerely,

**FEDERAL COMMUNITY DEFENDER**

/s/ James Gerometta
Assistant Federal Defender

stamps on envelope back

Ebraheem Musqibli
NAME
56187-039
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
NOV 29 2021
CLERKS OFFICE
U.S. DISTRICT COURT

Clerk of the Court
USDC Judge David Lawson
831 W. Lafayette BLVD.
Room 564
Detroit, Michigan 48226

4B22E3031 C004

"Legal Mail"



12 NOV 2021 PM 14 L
METROPLEX MI 480