UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                        Case No. 2:18−cr−20495−DML−MKM
                                              Hon. David M. Lawson

Ibraheem Izzy Musaibli,

                    Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge David M. Lawson as follows:

Plaintiff(s) attorneys are hereby notified to participate as well as the defense attorney(s) for:  Ibraheem Izzy Musaibli

- STATUS CONFERENCE:  December 21, 2021 at 08:00 AM

The conference shall be initiated by .

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**    Contact information has been emailed to counsel.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                         By: s/S. Pinkowski
                                                             Case Manager

Dated:  December 20, 2021