UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

         Plaintiff,                 Case No. 18-20495

   v.

                                Hon. David M. Lawson

Ibraheem Izzy Musaibli,

         Defendant.
_____/

**List of Exhibits to Motion to Admit Statements of Unavailable Witnesses**

Ex. 1 – Declaration of Christopher Chang

Ex. 2 – Declaration of David York

Ex. 3 – Declaration of Abdul Haqq Baker