UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs

Case No.  18-cr-20495
HONORABLE DAVID M. LAWSON

IBRAHEEM IZZY MUSAIBLI,

Defendant.
_____/

### DECLARATION OF DAVID YORK

I, David York, declare as follows:

1.  I was retained some months ago by Defendant's defense team to investigate the whereabouts of certain potential witnesses in Syria and, if possible, interview them.  Those witnesses are Muhammad Said Ali, Atiba Joel Grant, Abebe Oboi Ferreira, and Ayman Muhammad Marwan.

2.  Through contacts whom I have utilized before on similar assignments, I confirmed that these witnesses very likely are in prison in Hasakeh, a province in Kurdish-controlled northeast Syria.

3.  Through the same contacts, and again following a process that has been successful on previous assignments, we applied for access to the prisons for purposes of speaking with these witnesses.

4.  Generally, it takes a few weeks to obtain access, but this depends on security conditions in the area, and in the prisons.

**Ex 2**

5.   We have been denied access to the prisons in this case. Kurdish officials have advised that all of the prisons they control are closed to visitors on account of Covid outbreaks.

6.   I have independently confirmed that in fact there have been recent Covid outbreaks at the Hasakeh prisons.

7.   I also know from media accounts that the Kurdish authorities recently conducted counter-terrorism operations against an ISIS cell planning to facilitate a prison break in Hasakeh.  This security issue very well may have contributed to our inability to access the prisons.

I declare under penalty of perjury under the laws of Ontario, Canada that the foregoing is true and correct, and I execute this declaration on December 2⁷, 2021 at Toronto, Ontario.

_____
David York

**Ex 2**