```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,

              Plaintiff,

vs                                    Case No.   18-cr-20495
                                    HONORABLE DAVID M. LAWSON

IBRAHEEM IZZY MUSAIBLI,

              Defendant.
_____/

## DECLARATION OF ABDUL HAQQ BAKER

I, Abdul Haqq Baker, declare as follows:

1.  I was retained some months ago by Defendant's defense team to investigate the whereabouts of Ryan al-Zirhani, a potential defense witness within the Kingdom of Saudi Arabia (KSA), and, if possible, interview that person.

2.  Through a KSA contact with whom I am very familiar and to whom I have made similar inquiries in the past, I made repeated inquiries over the course of almost two months in an attempt to confirm the whereabouts of Mr. al-Zirhani and make contact with him.

3.  My inquiries were met with requests for additional information regarding this case, including a request to review the indictment in this matter, which additional information I obtained from defense counsel and provided to my contact.

4.  Notwithstanding my answering his questions, or perhaps on account of those answers, my contact is unwilling to assist me in relation to Mr al-Zirhani.

Ex 3

I declare under penalty of perjury under the laws of _____ that the foregoing is true and correct, and I execute this declaration on December 25th, 2021 at \_\_\_3pm_____.

*[signature]*
Dr. Abdul Haqq Baker