United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,                      District Court No. 18-20495

v.                           Hon. David M. Lawson
                               United States District Judge

Ibraheem Izzy Musaibli,

    Defendant.

## Notice of Appeal

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Denying Government's Motion to Admit Certain Documents Attributed to the Islamic State of Iraq and Al-Sham (ECF No. 203), entered in this action on December 28, 2021.

Respectfully submitted,

Dawn N. Ison
United States Attorney

/s/ *Kevin M. Mulcahy*               /s/ *Hank Moon*
Kevin M. Mulcahy                   Hank Moon
Assistant U. S. Attorney           Assistant U.S. Attorney
211 W. Fort Street, Suite 2001    211 W. Fort Street, Suite 2001
Detroit, MI 48226                 Detroit, MI 48226
(313) 226-9713                      (313) 226-0220

Dated: January 5, 2022