## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 15, 2022

Mr. James R. Gerometta

Mr. Andrew Goetz

Mr. Daniel R. Hurley

Mr. Henry Edward Moon III

Mr. Kevin M. Mulcahy

Mr. Fabian Renteria Franco

Mr. John A. Shea

Re: Case No. 22-1013, *USA v. Ibraheem Musaibli*
Originating Case No. : 2:18-cr-20495-1

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely,

s/Maria Welker
Case Manager
Direct Dial No. 513-564-7025

cc: Ms. Kinikia D. Essix

Enclosure

No. 22-1013

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Appellant, ) <br> ) <br> v. ) <br> ) <br> IBRAHEEM IZZY MUSAIBLI, aka Abu Shifa ) <br> Musaibli, aka Abu Abd Al-Rahman Al-Yemeni, ) <br> aka Abu Abdallah Al Yemeni, aka Abdallah ) <br> Umar Al-Salih, aka Ibraheem Izd Umar Salih ) <br> Musaibad, ) <br> ) <br> Defendant-Appellee. ) | **FILED** <br> Mar 15, 2022 <br> DEBORAH S. HUNT, Clerk <br><br> O R D E R |

The United States appeals the district court's denial of its motion to admit documents in this criminal case involving terrorism charges. The United States moves to expedite submission and oral argument.

The motion is GRANTED IN PART, insofar as upon the completion of briefing, the appeal will be submitted to the court at the earliest practicable date that the court's schedule will permit. The determinations of when and whether oral argument will be held and whether to expedite the issuance of a decision are reserved to the merits panel to which this appeal will be assigned. In light of expediting submission, the parties are cautioned that no briefing extensions will be considered, absent extraordinary circumstances, which must be established by motion.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk