# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 13, 2022

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

           Re:  Case No. 22-1013, *USA v. Ibraheem Musaibli*
                  Originating Case No. : 2:18-cr-20495-1

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                                 Sincerely yours,

                                                 s/Cathryn Lovely
                                                 Opinions Deputy

cc:  Mr. James R. Gerometta
      Mr. Andrew Goetz
      Mr. Daniel R. Hurley
      Mr. Henry Edward Moon III
      Mr. Kevin M. Mulcahy
      Mr. Fabian Franco Renteria
      Mr. John A. Shea

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1013

_____

Filed: September 13, 2022

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

IBRAHEEM IZZY MUSAIBLI, aka Abu Shifa Musaibli, aka Abu Abd Al-Rahman Al-Yemeni, aka Abu Abdallah Al Yemeni, aka Abdallah Umar Al-Salih, aka Ibraheem Izd Umar Salih Musaibad

       Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 08/02/2022 the mandate for this case hereby issues today.

COSTS: None