UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                             Case Number 18-20495

v.                                             Honorable David M. Lawson

IBRAHEEM IZZY MUSAIBLI,

        Defendant.
_____/

### ORDER REGARDING MOTIONS *IN LIMINE*

This matter is before the Court on several motions *in limine* filed by the defendant in advance of trial. The Court has reviewed the submissions of the parties and heard oral argument on November 3, 2022. During the hearing, the defendant agreed to withdraw some of the motions, and the Court announced from the bench its rulings on the various questions presented by the remaining motions, except for the motion to exclude MRI and X-ray results, and the motion to admit hearsay statements of unavailable witnesses, both of which were taken under advisement.

Accordingly, it is **ORDERED** that the defendant's motion to exclude expert testimony by Dr. Andrew Stock (ECF No. 200) is **DENIED** without prejudice for the reasons stated on the record. The government shall present the witness at trial, and the defendant may conduct its *voir dire* of the witness outside the presence of the jury before his opinion testimony is presented to the jury, and the Court then will rule on the scope of his qualifications to testify about the nature of any object revealed by the medical imaging.

It is further **ORDERED** that the defendant's motion to require authentication of social media posts outside the presence of the jury (ECF No. 201) is **DISMISSED** without prejudice to the assertion of any appropriate contemporaneous objections at trial.

- 2 -

It is further **ORDERED** that the defendant's motion to require disclosure of information relating to expert witnesses (ECF No. 202) is **DISMISSED** as moot.

It is further **ORDERED** that if the parties want to raise any additional evidentiary or procedural issues by way of formal motions in advance of trial, then any such motions must be filed **on or before December 1, 2022**. Responses to any such motions must be filed **on or before December 8, 2022**. No replies will be permitted.

                                                 s/David M. Lawson
                                                 DAVID M. LAWSON
                                                 United States District Judge

Dated: November 3, 2022