UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

           Case Number 18-20495
           Honorable David M. Lawson

IBRAHEEM IZZY MUSAIBLI,

           Defendant.

_____/

### ORDER FOR LUNCHEON FOR JURORS

**IT IS ORDERED** that the twelve (12) jurors in the above case be furnished their luncheon at the expense of the United States on January 30, 2023.

*/s/ David M. Lawson*
DAVID M. LAWSON
United States District Judge

Dated: January 30, 2023