UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                            Case Number 18-20495

v.                                                Honorable David M. Lawson

IBRAHEEM IZZY MUSAIBLI,

                Defendant.

_____/

## **VERDICT FORM**

As to **Count One** of the indictment, we, the jury, by unanimous verdict, find the defendant, Ibraheem Izzy Musaibli (check only one):

_____ Not guilty.

_____ Guilty of providing material support to a designated terrorist organization.

_____ Guilty of attempting to provide material support to a designated terrorist organization.

__X__ Guilty of both attempting to provide material support to a designated terrorist organization and providing material support to a designated terrorist organization.

As to **Count Two** of the indictment, we, the jury, by unanimous verdict, find the defendant, Ibraheem Izzy Musaibli:

_____ Not guilty.

__X__ Guilty of conspiracy to provide material support to a foreign terrorist organization.

-1-

As to **Count Four** of the indictment, we, the jury, by unanimous verdict, find the defendant,

Ibraheem Izzy Musaibli:

_____    Not guilty.

__X__    Guilty of receiving military-type training from a foreign terrorist organization.

s/ Jury Foreperson
In compliance with the Privacy Policy adopted
by the Judicial Conference, the verdict form
with the original signature has been filed
under seal.

Dated:   January 30, 2023