UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No. 18-20495

v.

                             Hon. David M. Lawson

Ibraheem Izzy Musaibli,

        Defendant.
_____/

## STIPULATION TO EXTEND FILING DATE FOR SENTENCING MEMORANDUMS

      Ibraheem Izzy Musaibli was convicted of multiple counts on January 30, 2023 by a jury. The Court set June 15, 2023, as the date sentencing is to occur in this case. Sentencing memoranda for the parties are currently due on June 8, 2023. Since the jury trial, the parties have diligently worked to prepare for sentencing.

      The initial presentence report was shared with the parties on March 29, 2023. Defense counsel has met with Mr. Musaibli since March 29, 2023, to discuss the presentence report and advise him of the issues contained within, including ensuring that Mr. Musaibli understood the information. Defense counsel submitted a legal objection and various other additions and corrections directly to the Probation Office. The government responded to

1

the legal objection and other changes sought by defense counsel. Probation docketed a final presentence report on June 6, 2023.

Recognizing the complexity of sentencing given the convictions in this case and the recent docketing of the final presentence report, the parties stipulate and agree that the sentencing memoranda and any related sentencing documents should be filed on June 9, 2023. This stipulation is to extend the deadline by one day. This will ensure that the parties have three business days to review any remaining issues contained within the final presentence report and adequately provide the Court sentencing-related materials. The parties are not requesting an adjournment of the sentencing hearing date.

**STIPULATED BY**:

s/ Hank Moon (with consent)
Hank Moon
Michael C. Martin
Assistant United States Attorneys
United States Attorney's Office
211 W. Fort St., Suite 2001
E: hank.moon@usdoj.gov
P: 313.226.0220

s/James R. Gerometta
James R. Gerometta
Fabián Rentería Franco
Counsel for Ibraheem I. Musaibli
FEDERAL COMMUNITY DEFENDER
613 Abbott Street, Suite 500
Detroit, Michigan 48226
P: 313.967.5542
E: james_gerometta@fd.org

John A. Shea
Counsel for Ibraheem I. Musaibli
120 N. Fourth Avenue
Ann Arbor, Michigan 48104
P: 734.995.4646
E: jashea@earthlink.net

Dated: June 8, 2023