Arzaq Saleh

الى حضرت القاضي المحترم تحيه وتقدير انا اسمي ارزاق صالح زوجه ابراهيم مسيبلي زوجي ابراهيم كان ولازال رجل طيب وحنون الفتره التي عشتها معه كانت مثل الحلم لانها فتره قصيره ولكن عشتها معه جنه كنا نجلس مع بعض ونأكل مع بعض وكنت احب الحديث معه ولازلت كذلك لانني احببته كثير فهو طيب القلب رحيم وكان دائماً يحضر لي طلبات البيت ويجلب لي الماء ويحضر لي معه الحلوى ولما مرضت اخذني إلى المستشفى وعالجني وبذل كل ما يملك في علاجي انا لا اصدق ابدا ان ياتي يوم يبعد فيه عني ولكن شاءت الاقدار فابتعدنا بأجسامنا ولكن ارواحنا لم تفترق  ولم يحصل يوم ان رفع ابراهيم صوته عليه في اي تقصير مني  ان وجد طعام اكل وان لم يجد لا يغضب ابدا  كان دائماً يمزح ويمرح معي واحيانا نذهب سوياً لزياره العائله  وكان دائماً حريص جداً إن يؤخذ معه هدايا للعائلة وكان يقدم العون للجيران والفقراء ويحب مساعده المساكين والفقراء حتى احيانا يعطيهم النقود التي يملكها كلها   ابراهيم كان كثير الصيام ويحب القراءه ويداوم على الصلاه  وقد تعلمت منه حاجات كثيره كلها خير ورحمه وكرم   ابراهيم كريم جداً جداً جداً الايام التي عشتها معه كانت ايام جميله جداً جداً لاتتعوض ابدا واتمنى من الله ان يجمعني بزوجي قريب إن شاء الله وقد رزقني الله منه بولدي عبدالله التي شاءت الأقدار ولم يرى اباه حتى الآن  ولدي عبدالله يسال عن والده كل يوم بل كل ساعه ودقيقه وثانيه وينام وصوره والده في يده يتأملها حتى ينام ويحلم ان يراه قريبا  انا ادعي الله ليل ونهار ان يجمعني بزوجي وابو ولدي قريب   ونتمنى ان يعيش معنا ويرى اولاده الاربعه يكبرون امامه ويساعد في تربيتهم وتعليمهم ان شاء الله نحن افتقدنا ابراهيم كثير ونتمنى من الله ان يجمعنا به قريب إن شاءالله مع احترامي وتقديري للجميع   ارزاق صالح

To the Honorable Judge,

Greetings,

My name is Arzaq Saleh, and I am the wife of Ibrahim Musaibli.

My husband Ibrahim, was and still is a good hearted and tender man. My life with him was life a dream, because it was short, but like paradise. We used to sit together, eat together, and I used to love talking with him, as I still do, because I loved him very much as he is kind hearted and merciful. He always used to bring me all of our household needs and bring me water. He would bring me sweets. When I got sick he took me to the hospital, treated me and spent all he had to get me treatment. I couldn't imagine a day where we would be apart, however, fate has physically separated us but not our souls. If he found food, he ate, but if not, then he would not get angry. There was not a day that he raised his voice at me because of any shortcoming on my end. He always always joked and was fun-loving with me, and sometimes we would go together to visit the family. He was always careful to take gifts for the family.

He used to help out the neighbors and the poor, he used to love helping the needy and the poor he would even sometimes give them all the money he had. Ibrahim used to fast a lot and love reading and faithfully attend prayer. I learned many things from him, they were all goodness, mercy and generosity.

Ibrahim is very very very generous the days I lived with him were beautiful days that can not be restored. I pray to God to join me with my husband soon, God willing. God has given us a child Abdullah, however, fate has seen fit that my son has never seen his father until now. My son Abdullah asks about his father every day, even every hour, minute and second and sleeps with his father's picture in his hand, he looks at it until he sleeps and dreams that he will see him soon.

I pray night and day that I will be rejoined with my husband and the father of my child soon, and with that he would live with us and see his four children grow up before his eyes and helps in their raising and education, God willing. We miss Ibrahim a lot and pray to God that we would be brought together again soon.

With all my respect and appreciation to all,

Arzaq Saleh

April 1, 2023

Dear Judge Lawson,

This letter is in support of my ex-husband, Ibraheem Izzy Musaibli. As Ibraheem's ex-wife and mother of his daughter, I played a leading family role 8 years ago. I married Ibraheem Izzy Musaibli both Islamically and legally 8 years ago.

After knowing their family to be well-respected pillars of their community, I'm proud, grateful, and honored to know the Musaibli family and to have lived amongst them for a short while.

They welcomed me and did their best to ease my transition to the Dearborn community and not feel deprived or feel like a stranger; even welcoming my cat along with myself to the family.

As the eldest brother in his family, Ibraheem grew up with a heavy familial responsibility on his shoulders, as is common for the eldest son amongst Arab households. This seems to have contributed to a somewhat stressful youth for him in which he endured quite a bit of hardships, loses/deprivations, and sacrifices for his siblings and family. On the other hand, this honorable position within the family taught him the value of responsibility, obligations, hard work, dedication, tolerance, and patience.

After his recent heartbreak, his parents proposed marriage to me, so I made the intention to aid him with the healing process; as a good listener, adviser, friend, and wife.

Most people may wonder why I chose to marry him. As for me, I was searching for a spouse with qualities similar to his. Some of his major qualities that first caught my attention more than 8 years ago were: his generous character, calm and laid back demeanor, and humble and cooperative attitude. I had witnessed that these characteristics are also evident amongst his other family members, especially his parents and sisters.

His simple, non-complicated, easy-going and down to earth personality became clear to me in the first few days as he's one of those souls who enjoys and is grateful for the simpler things in life.

I was happy to know that he possesses skills in business management since, at that time, he was working at his family's perfume shop, which contributed to yet another plus: in which he always smelled nice.

Without a doubt, the most important thing for me was his strong level of religion or relationship with Allah, may Allah bless it, which in turn developed his commendable

character. Praise be to Allah that he'd attend the Friday sermons and that he prefers to pray his five daily prayers at the nearby mosque, the social Islamic center of their community.

His generosity, and sharing and caring attitude, was evident even in the simpler things. A fine example of this is in the habit that he pretty much always opted to coming back home with a hot beverage for me. This selflessness of not willing to enter empty handed means something to those who know him well.

I was also pleased to find him appreciative, as he doesn't forget the kindnesses done to him, and, by the grace of Allah, grateful for the bounties that Allah has granted him.

I've learned that good communication is the key to every successful relationship, and am grateful that we were able to maintain a steady level of communication throughout our relationship. His sensitivity to others' emotions, hardships, and worries greatly aided in our communication and having a clearer understanding of one another.

He also turned out to be rather supportive; always ready to lend a helping hand, playful; as he liked to joke around with others and play with children; including his nephews and niece, and last, but not least, really caring and kind; so much so that I believe he wouldn't even hurt a fly.
I found him to be rather patient and tolerant when it came to any issues we faced, which was of course very important to me. He'd always listen to what I had to say, and was respectful towards me.

I'm grateful he was even patient with teaching myself and others simple things/tasks, and in the cold winter, he always made sure that I was warm and comfortable. As for his fun side, he liked to listen to/tell short stories and nasheeds that stemmed from the Yemeni culture. I should note that he wasn't the stubborn type, rather more flexible, easy to work with and easy to get along with, doesn't like to make a big deal about matters, especially unimportant ones, and tends to focus on the more important tasks at hand.

As for the time we spent together, I lived with him in peace, which is the most important aspect of any relationship. He possesses a calm demeanor, doesn't like to argue or fight with anyone, never violent, never even thinking to lend a hand on/hit me, and I've never even experienced loud shouting from him. That's why it's quite shocking for me to hear that he's being accused of any federal offense(s), since those like me who know him very well know with certainty that that's just not in his nature.

He loves to help others, whether through gifting (favorite foods, perfumes, etc), doesn't like to trouble anyone, nor does he accept to place any undue burden on others, advises those around him with helpful and gentle reminders, and is always considerate of others' circumstances.

Ex. A - 004

May Allah accept from, reward, and bless him, and his family, for our time together and for every kindness I've witnessed from him, whether to me, his family, or to others.

Last, but not least, as with all kind-hearted people (including my own mother), it's vital that others are not left to trick or take advantage of him, whether they be scammers, fraudsters/tricksters, framers, or any other type of trouble/mischief makers.

Needless to say, we look forward to seeing him return to his anxious yet supportive family and community in Dearborn with the permission of Allah, every community deserves to have their valuable members welcomed back to their families. And perhaps my daughter will get the chance to meet her father for the first time soon.

Thank you,

Ibraheem's ex-wife and mother of his daughter,
Amira Bhutta, UmmRahma

Ex. A - 005

Dear Judge Lawson,

My name is Khadijah, I am Ibraheem Musaibli's older sister. I am writing this letter on behalf of my brother Ibraheem. Growing up, I have always known Ibraheem to be kind and honest. My experience and memories of my brother growing up were always pleasant, from living at home with him and working with him. Even when he was put in situations that would anger others, he was always calm and tried to handle difficult situations with kindness. One example of this, was a time at work. A customer came angry about not getting a larger discount and thru a glass bottle at Ibraheem's back in front of a large crowd. I was scared and hurt for my brother, my brother turned calmly and looked at her confused while security removed her off the property, and he continued to work and put on a smile for the next customer.

His back was sore for weeks and he continued to work and never complained. That's also another thing I remember about Ibraheem, he was a hard worker and he never complained. When my dad suffered a heart attack, my brother stepped in leaving school to help the family by working, and he never complained once. If I was to mention a weakness Ibraheem has, it would be his belief that people don't lie and he would take the shirt off his back for someone in need asking for it. If he only 5 dollars in his pocket, he would give it to someone in need asking without a second thought. And this weakness, has gotten him into trouble and in situations he should have never been in. Ibraheem has been in prison since 2018, he has gotten along with others and did not cause trouble or tried to harm others. Because, that's not who he is as a person. I believe that my brother has a chance to turn his life around and has learned his lesson. He is a father and a husband ,and its painful for me to know that he will spend the majority of his life in jail not seeing his children grow up. My hopes is for my brother to be able to watch his children grow with him, and his wife have her husband back. Thank you for taking the time to read my letter.
Sincerely,

Khadijah Musaibli

**Ex. A - 006**

Afrah Shaqi

الى حضرت القاضي المحترم تحيه احترام وتقدير  انا ام ابراهيم عزي مسيبلي ولدي ابراهيم ا لذي حرمت من رؤيتهسنين طويله وحرمت العيش معه لكن لازالت الذكريات باقيه في عقلي وقلبي ذكريات طفولته وشبابه واكثر الذكرياتالتي في ذاكرتي هي طفولته الجميله الرائعه لقد ك ان طفلا وشابا مطيع لا يعصي لي امر كان يساعدني بالاعتناءبأخوته الصغار عندما اكون مش غوله في الطبخ كان يطعمهم ويمرح معهم واذا اتسخوا كان ينظفهم ابراهيم نظيفجدا لايحب الوساخه يحب النظام والنظافه كان ينظف غرفته ويرتب اشيائه يوميا ويكنس غرفته ويكن س البيت كلهويساعدني في غسل الصحون ويضع الملابس المتسخه في السله الخاصه بها ع كس اخوته تماما  ويرمي ليالقمامه ويساعد الجيران في ذلك متواضع مش متكبر اذا احد الجير ان او الاصدقاء طلب منه مساعده كان يعملهابدون تردد اذا احد طلب منه نقود سلفه او م ساعده كان يعطي بسخاء كان يحب الخير لكل الناس وعندما يذهبالى العمل في دكان ابيه ك ان يمزح مع الزبائن ومع زملائه في العمل والى الان يتذكرونه ويسألون عنه دائما واذااشترى له حاجه مثلا بيتزا كان يشتري للعائله كلها ويزور الاقارب دائما خالاته وعماته ويزور المرضى م ع والده فيالمستشفى او البيت كان عاطفي يحب يسمع الكلمه الطيبه والمعامله الحسنه حيا ه ابراهيم كانت جميله جدا لماستلم اي شكوى من مدرسته وقد كانوا يمدحون في اخلاقه و يمنحونه الشهايد التقديريه في المدرسه وقد كانيساعد في النشاطات المدرسيه ويبذل كل جه ده في كسب صداقات زملائه في المدرسه كنت حريصه جدا علمرافقه اولادي الى اي مكان يذهبون اليه لخوفي عليهم من الاختلاط مع اناس فاسدين حتى كنت اخاف عليهم منبروده ا لطقس في الشتاء حين يذهبون الى المدرسه كنت اذهب الى المدرسه في وقت الاستراحه حي ث يخرجون الىالخارج وانتظرهم بسيارتي كي ادخلهم فيها حتى انتهاء الاستراحه واصطحبهم الى المكتبه والى السوق وكنتارافق اولادي في الرحلات المدرسيه حبي لاولادي هو الذي دفعن ي ان اكون معهم في كل الاحوال وقد كان ابراهيمحين كان طفلًا صغيرًا اذا احد اخذ منه لعب ته او احد ضربه كان يبكي فقط لا يحب العنف شخص مسالم لايحبالمشاكل ولم اري يومًا ا براهيم وهو صغير او كبير ضارب كي يؤخذ حقه فقط يبكي وانا الوحيده التي كنت اخذ لهح قه من اخوته فهو ليس ضعيف حتى يسترد حقه الذي اؤخذ منه  ولكنه لا يحب بطبعه الهاد ئ الدخول في نزاعوخصام مع اي احد ولما كبر في مرحله المراهقه لايزال شاب مسالم ومس تقيم ومحبوب من الجميع كان يصوم كثيرويواظب على صلاته في اوقاتها ولم تعرض والده ل مشاكل صحيه كبيره وكثيره قرر ابراهيم ترك الدراسه ومساعدةالعائله كان يشتغل لايؤخذ ا ي شي لنفسه ولا يؤخذ مقابل كان يحاول ان يرضينا ويساعدنا ابراهيم يحب اخوانهكثير وع ندما يرجع من عمله كان يحضر معه لاخوته الشبس والحلويات وبعض الهدايا واذا مرض اح د من اطفالهكان يسهر معه ويهتم به كثير ومن بعض معارفنا كانوا يطلبوا من ابراهيم خدما ت اجتماعيه من توصيل الى العياداهاو اخراج بطاقه شخصيه او ترجمه كان يساعدهم بدون مقابل هذه نبذه بسيطه عن ابني ابراهيم   الاسم افراحعبدالله شاقي   تلفوني ▮▮▮▮▮▮

To the Honorable Judge,

Greetings with appreciation and respect,

I am the mother of Ibrahim Izzy Musaibli. My son Ibrahim, whom I have not been able to see for many years, and have not been able to live with him, however, the memories are ever present in my mind and heart, memories of his childhood and youth. Most of the memories in my mind are those of his beautiful wonderful childhood.

He was an obedient child and young man or did not disobey at all. He used to help me care for his younger siblings when I was busy in the kitchen. He used to feed them and play with them, and clean them if they got dirty. Ibrahim is very clean and does not like uncleanliness. He likes order, cleanliness, he used to clean his room and organize his thing daily. Sweep his room and sweep the whole house. He helped me with the dishes, and putting the dirty clothes in the laundry basket, unlike his siblings. He took out the trash and helped the neighbors do it.

He is humble and not proud. If one of the neighbors or friends asked him for help, he would give it without hesitation. If someone asked him for a loan or help, he would give it generously. He loved the good for all people and when he went to work at his father's store, he used to joke with the customers and his colleagues at work, who still remember him and always ask about him. If he bought anything for himself, he would buy it for the whole family. He would visit the relatives always, his aunts on both sides, and the sick with his father in the hospital or at their homes. He was emotional who liked to hear a kind word and be treated kindly. Ibrahim's life was beautiful.

I never received a complaint from his school. They used to commend his good behavior and give him appreciation certificates at school. He used to help in school activities and make a big effort in winning friends at school. I was always careful to accompany my children anywhere they went, because I was worried of them mixing with corrupt people. I even worried about them dealing with winter cold, when they went to school, I would go to the school during recess and wait for them to go to the yard, so I can have them come sit in the car and stay warm until the end of recess. Then I would accompany them to the library and the market. I used to chaperon my children on school trips because my love for them pushed me to be with them all the time.

When Ibrahim was a small child, if someone grabbed his toy or hit him, he would only cry because he did not like violence. He is a peaceful person who does not like problems, I have never seen Ibrahim either as a child or adult hitting anyone to take his right. He just cries. I was the only one who took his right from his siblings. He is not weak to not regain what is his, however, by his nature he is quiet and does not like to enter into a conflict or fight with anyone.

**Ex. A - 008**

When he grew up in his teenage years and now, still is a peaceful, honest person who is loved by all. He used to fast a lot and carryout timely prayers.

When his father had many big health problems, Ibrahim decided to leave school and help his family. He used to work and not take a paycheck for himself. He was trying to please us. Ibrahim helps us a lot with his siblings. And when he used to come back from work, he would bring chips, sweets and some gifts for his siblings. If one of the children got sick, he would stay up with them and take great care of them. Some of our friends would ask Ibrahim for social help in taking them to the doctor, or in getting an ID or translation, he would help them without charging them anything. This is a short description of my son Ibrahim.

From Afrah Abdallah Shaqi

**Ex. A - 009**

3/21/2023

Dear Hon. Judge David M. Lawson:

I am Izzy O Musaibli  (Father)

Ibraheem since elementary and middle school and part of high school was a great child. He will do his homework, wake up for school and go to bed without the need to remind him. He threw away the trash, will help his mother in cleaning dishes, sweeping, and helped his brothers in their homework, kind and generous to everyone.

At early age Ibraheem liked to go with me to our little perfume shop, he would clean and restock and organise things.

When I was hospitalised for the first time, Ibraheem stepped up in running the shop by the age of sixteen.

He held all the managerial duties such as ordering supplies and serving costumers, dealing with whole sale clients, as well as shipping orders.

Ibraheem had gained customers trust, respect and loyalty.

Even until today customers still remember Ibraheem and asked about him and I have never received a complaint from any customers about Ibraheem.

Ibraheem is well known in his community for his kind personality such as assisting the elderly. He helped with transportation when they needed rides to the doctor's appointment, also when they needed translation and running errands, Ibraheem helped his neighbors by taking the garbage container to the curve or bring it back, offering to cut the grass for them, always shakes hand with them and talk and chats.

Ibraheem always attended the daily prayers at the local mosque. The people there recognised him as warm, friendly.

He never had any conflicts with any one there. Members of the mosque recognised him as peaceful, quiet and cooperative.

We are taking care of his 4 children and his wife, we are providing them with All their needs of housing, food, clothing, school and medical need.

After Ibraheem is done with his time, he will and his family live with us.

Ibraheem has plans to learn some trades and either work with us or establishing his own business and either way, he still well get financial and all sort of help from family to help him make secure future for himself and his family.

Respectfully;
Izzy Musaibli (Father)

Best Regards



02/28/2023

Honorable Judge David M. Lawson
U.S. District Court
231 W. Lafayette Street
Detroit, MI 48226

Dear Judge Lawson,

My name is Malek Ali and I am a neighbor of Ibraheem I. Musaibli. I'm aware that Mr. Musaibli is in serious legal trouble and will be sentenced by the court. I am writing to provide you with information about my personal experience regarding Ibraheem I. Musaibli I believe is important for you to consider before sentencing.

I met Ibraheem I. Musaibli first after moving in to my home in 2013 when I was walking to go to the mosque to pray. He came out of his car with an iPad that he was reading from. I introduced myself to him as the neighbor and told him that his dad has been friends with my deceased father for a very long time. We discussed how his respectful dad met my dad from the mosque and became friends from doing routine prayers and seeing each other while performing prayers. And here we are meeting at the mosque to perform a prayer and get to know each other. We chatted and I found that he was very eager to learn different things and more about Islam. I got the hint that he wanted to attend a university here in the US but could not afford it. I believe it was out of state. He was humble and had a smiling face. I was very happy to meet him and appreciate a nice, calm neighbor.

I knew Mr. Musaibli had good heart because whenever he's around the home or mosque or as he's walking, he would pick up any debris and dispose of it to keep area clean. Please consider the goodness and kindness of Mr. Musaibli when making a decision.

I hope that this information will help you to better understand Mr. Musaibli's good side and to make an informed decision about sentencing. It is my strong belief that Mr. Musaibli is going to be committed to making positive changes in his life and to becoming a productive member of society and hope to allow him a chance to demonstrate his commitment to rehabilitation.

Sincerely,

Malek Ali

Ex. A - 012

Dear Judge Lawson,

My name is Fatima, I am one of Ibraheem's younger sisters. I don't have many memories with Ibraheem because of our age differences, but I remember enough. I remember Ibraheem as a hard-working man, he loved working at my father's shop and was good at it. Till this day, it takes 3 people to do the work he did alone. I never remembered him complaining about anything. He was a simple human being. He never cared for a salary because to him, there was no need when you're living with family.

There were many beautiful lessons I've learned from him. He always reminded me that you won't find true happiness in materialistic things. Beauty fades and that we were all created perfect. That's helped me with my self esteem during those teenage years. He always gave me a reality check and reminded me that life is short, why stress over the little things.

If I knew then what I know now, I would've spent more time with Ibraheem. I would've gotten to know him more, and I would've laughed with him more. Then I would have taken all those memories and cherish them deeply. But I always assumed we had more time. I thought that we will be closer once we were adults, and I would imagine our children close with each other.

I am hopeful that we will be able to be a family again while we are still young, not in our 40s and 50s. Thank you for taking the time to read my letter.

Sincerely,

Fatima Musaibli

March 15, 2023


Dear Judge Lawson,

My name is Maryam Musaibli and I am writing this letter in regard to my older brother Ibraheem Izzy Musaibli.

I may not be able to speak about his childhood much, but I can explain to you the time we worked together for a while before he left to Yemen. I wanted to work for as long as I can remember, and Ibraheem was fine when I asked to join him at my father's shop. He taught me everything I know. From how to professionally speak to customers, to remain calm in any situation, and how to stay organized and neat. Those were his main focuses.

An important note I want to mention that I think is crucial to understanding my brother, is that throughout the years of learning and failing, Ibraheem never, not once, made me feel unsecure, scared, or even dealt unfair with me. He never yelled. Even when I would make a huge mistake, he just sighs and explains it to me to better my mistake the next time around. That meant a lot to me because I was terrified of failure and yet with him he made it seem all okay. He would order food for me and him and on slow days we would watch "The Office". I remember everyone at the mall loving Ibraheem. They know he has a pure heart and kind soul because I heard it over and over again from so many customers even until this day. Many people still ask about Ibraheem and mention how he dealt with them in the utmost care. This reflected on to me too, because I am able to work as efficiently as he used to.

Our home is open for Ibraheem always. He is an important figure in our home and he is very selfless in terms of what our family needs. If Ibraheem were to come home soon, it would relieve us all. Ibraheem would be able to help us at the shop more so in return me and my siblings can focus more on our classes and other goals in life. It would be an honor to work with him once again and to see the smiles of our long-time customers when they see him.  All of my memories of my brother were good and happy. So it hurts to see him in the position he is today. He is loved by so many, and his kids and wife will always be waiting for him. I hope my brother will come back home soon to us, it always felt like a piece was missing.

Sincerely,

Maryam Musaibli

Ex. A - 014

April 25, 2023

Judge Lawson,

Hello, I am Sumaya Izzy Musaibli (sister) and I just wanna say thank you for the opportunity to talk to you about my brother.

Ibraheem is truly a great person with a big heart, he is very caring and loving and is the best big brother I could ever ask for. I remember Ibraheem taking us to the park and playing with us, he always brought a smile to our faces and knew how to cheer us up. I remember times when he would help me and my brothers with homework and walk me and my siblings home from school.

One time I remember in Eid (holiday)celebration, he gave me $10 and I lost it I was really upset and sad but Ibraheem approached me and said sometimes it happens and not to worry as he handed me another $10. I was so happy that day and I'll never forget it because at the moment when I lost the $10 I felt as if everything was going horribly, but he reassured me and came to my rescue when I thought my whole life was going upside down.

Now that I'm an adult and I look back I really see how great of a person he is, anyone else wouldn't have batted an eye at a kid to ask if something was wrong, but Ibraheem noticed something was wrong and came to fix the problem.

I remember when our parents would take us on vacation, Ibraheem would make the trip so much more fun, he took care of us on roller coasters and on the beach. When swimming I remember glancing to my side and seeing him watching over us protecting us in case the water dragged us. I reminisce on late nights when I couldn't sleep and he would be up and sit with me, he would talk to me over some cereal and listen to what was on my mind, and slowly all my worries and heaviness in my heart disappeared.

Ibraheem is a very gentle and very generous person, I remember he would buy us all chips chocolate candy and he would also give our neighbors kids as well. When someone asks him for a favor he doesn't hesitate to help someone in need.

My brother is a very soft hearted person, he loves animals. I remember him always feeding the birds and cats that would come to us.

Very beautiful memories that I will cherish for the rest of my life.

I never seen Ibraheem arguing with anyone or be disrespectful towards any one.

He always sat with us and talked , joke and always his presence was such a joy to have, his warm energy brings the family together.

Whenever someone asked for any help or need a ride, he is always there .

I am looking for the day I will see my brother Ibraheem , hug my brother,  wake up and see him at breakfast… and make new memories with him.

Being apart from him feels like a missing piece in the family.

Respectfully,

Sumaya Izzy Musaibli

Ex. A - 016

11 - 2 - 2020م

السيد القاضي لوسن

الموضوع : ابراهيم عزي مسيبلي Ibraheem Izzy Musaibi

أنا : جمال محمد عرباش

أحيطكم علماً بأن ابراهيم عزي مسيبلي ذهب معي إلى الحج لسنة (2010) تقريباً
وفي اثناء الرحله إلى الحج رافقني ابراهيم من امريكا مرورا بالاردن
ودنهايه إلى السعوديه وقضينا فترة الحج 30 يوماً.

وكان في هذه الفترة ذو خلق عظيم من الصبر وعدم الشكوى
ومدى بد الجاجه إلى من معه من المسلمون حيث كان متعاوناً مع الجميع
دائماً أراه مبتسماً ولا يبدو عليه علامات الضيق
ومع ان الرحله كانت طويله ومتعبه إلا ان ابراهيم كان
يتمتع بالصبر . كانت رحله ممتعه مع ابراهيم .

شكراً
Jamal Irbash

3/11/2023

The Honorable Judge Lawson

Re: Ibrahim Izzy Musaibli
From: Jamal Mahmoud Arbash

I would like to share with you that Ibrahim Izzy Musaibli went to Haj [pilgrimage to Mecca] with me around 2010. During the trip to the haj, Ibrahim escorted me from the USA, through Jordan and we ended up in Saudi Arabia where we stayed for 20 days.

During the trip he was of refined behavior, with a great deal of patience and non-complaining. He would help any of the travelers that needed help. He always cooperated with all, always smiling without showing any signs of frustration, even though the trip was long and tiresome, Ibrahim was always patient. It was an enjoyable trip with him.

Thank you,

Jamal Arbash

Ex. A - 018

3/9/2023

Ref: Ibraheem Izzy Musaibli

Dear Judge Lawson,

I am Abdulqawi Musaibli (Uncle)

Ibraheem had a pleasant childhood to play with and talk with, my children, my family and my self all have close relationship with him.

He always show care and respect to me and my family.

Ibraheem is very gentle as when we need him he is always there, dependable and trustworthy.

Ibraheem enjoys respect from me and my family as well as the community.

Ibraheem helped his family and carried responsibilities when his father was sick and moved on and ran his father's shop.

Ibraheem is very generous person to relatives and others.

I see Ibraheem in the mosque daily and we chat, all people in the mosque loves him simply because of his politeness and high morals.

I saw Ibraheem many time helping elderly people either giving them rides or drive them to groceries to buy food.

I respect Ibraheem, I love Ibraheem and I missed Ibraheem.

Sincerely,

Abdulqawi O. Musaibli

Ex. A - 019

Dear Judge Lawson,

I love and respect my brother Ibraheem very much, and I'm sure there are many others that feel the same. My brother is much respected in our Community at Dearborn. He helps many people there, and is a very generous soul. Both the Elders & younger generation love him. He helps out around the house and never complains about chores. His neighbors adore him, because he makes everyone feel special by giving his undivided attention and time to anyone. He treat everyone with equal respect and care. His family and friend miss him very much. I know for certain that he will do great things in the world if given the chance.

Thank You,

— Abdullah Izzy Musaibli          2-17-2023

Ex. A - 020