Compassion
Reduction Sentence

**RECEIVED**
JUN 16 2025
DAVID M. LAWSON
U.S. DISTRICT JUDGE

Dear, Judge Lawson
Hope you are doing well & your family.
I am hoping you can help me as I don't know how this process works. I am asking for some relief from my sentence & help in trying to get transferred to Qatar prision where I will be closer to my wife/kid's. I am suffering from Psyclogical Mental health problems, And although I've had this problem now for almost a decade on & off, I didn't mention this during my Pschy exam's Cuz, It's embarasing, I am suffering from Obsessive Compulsive "OCD" Disorder & It mainly is religious related. I've tried all kind's of Psch advice but it still seems to linger & return, these thoughts. I feel I'm mentally in a prision in addition to the Physical Prision I'm in now, I've been transffered to U.S.P (Low) Thomson Illinois, although it still run's similar to a U.S.P, as we are in constant lockdowns for no reason, the food here is terrible & not enough the officers are very hostile especially to my type, except for a few officer's. I don't get visit's & I am depressed every time I call my wife/kid's. There has been hundered's of People with my case who either surrendered or was caught oversea's in Syria that are from Saudi Arabia or Syrian's or turkey who have spent no more than a year in Prision & were de-radicilized in a program they have in Qatar, Dubai or Saudi. I wish this Country no harm. but as you know It's not easy being a muslim in a U.S prision

(2) Request for ~~[illegible]~~

These prisions are really not rehabitating people here because of the very bad treatment from officers & the prolonged sentences. I acknowledge that I could of gotten a far longer sentence And ~~am~~ am grateful to GOD for having guided you to be leniant with me but I also feel betrayed by the fbI/U.S Gov. for misguiding me after I coperated with the fbI theve abandoned & forgotton me. I sometimes wonder how animals have more freedom & are treated better in this Country then humans in cages. My brother recently overdosed & died the one who sent you a letter & then soon afterward My father collapsed from a brain Stroke/blood clot. He is unable to speak or move much. I know I have a big mouth sometimes but what I say is mostly moved by emotions & although I was born here I only wish to be transfered to Arabia where they share the same values, religion as I do, I've tried getting a ~~us~~ yemeni passport but I've been obstructed by a higher level I was told (U.S). In Conclusion I have not seen my wife kid's since 2015 & I wish to be closer ~~#~~ to them if you help facilitate My transfer or provide Me with an Immigration lawyer or Instead If you can send a letter to Trump I will greatly appriciate it & pray for you. Thank You, God Bless

X Ibraheem Musaibli          April 24, 2025

**U.S. Department Of Justice**
Federal Bureau of Prisons

**Request For Administrative Remedy**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Musaibli Ibraheem Izzy   Im. 567 87 039   A1   45   Tomhson USP
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

### Part A- INMATE REQUEST

I want revoke My U.S citizenship & being transferd to saudi/yemen Arabia/yemen I have been tortured for the past 7 years In USP being put In solitary confinment in cold cell no mattress/blanket/tissue & lights on 24 hours in Livingston County & Milan because I asked for Quran & asked to be on suicide. My wife/kid's Are in yemen I am working on a yemen Passport, My Mental, Physical health is detreating, My Brother, uncles, Aunt died My Parents are sick especialy my dad & I am only caretaker for My kid's in yemen.

4-1-2025
DATE                                    SIGNATURE OF REQUESTER

### Part B - RESPONSE

**RECEIVED**
**APR 0 2 2025**
Administrative Remedy Clerk

_____
DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                       CASE NUMBER: 1235395-F1

### Part C - RECEIPT

                                                  CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

_____
DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR   PRINTED ON RECYCLED PAPER                     BP-229(13)
                                                         APRIL 1982



**USP Thomson**
**Inmate Request for Compassionate Release/RIS Consideration Form**

| TO: WARDEN | DATE: 2-12-2025 |
|---|---|
| INMATE NAME: Ibraheem Musaibli | REGISTER NO: 56787039 |
| SIGNATURE: [Arabic signature] | UNIT: A1 cell 45 |

Instructions: In order to be considered for Compassionate Release/RIS, you may complete this form. The information will be used to determine if your request meets the minimum guidelines for consideration, as referenced in the Program Statement 5050.50, Compassionate Release/Reduction in Sentence.

1. Check the category you are requesting Compassionate Release/RIS Consideration: (only one per request)

☐ Request based on Terminal Medical Condition
☐ Request based on Debilitated Medical Condition
☐ Request based on New Law for Elderly inmates – non-medical (70 years or older served 30 years of sentence)
☐ Request based on Elderly Inmates over 65 with Medical Conditions who have served more than 50% of sentence
☐ Request based on inmates age 65 or older who have served the greater of 10 years or 75% of the term of imprisonment to which the inmate was sentenced
☐ Request based on Death or Incapacitation of the Family Member Caregiver where you are the only caregiver for your minor child
☐ Request based on Incapacitation of a Spouse or Registered Partner where you are the only available caretaker
☒ Request based on Extraordinary or Compelling Circumstance

2. Explain the extraordinary or compelling circumstances which could not have been foreseen at the time of your sentencing you believe warrant Compassionate Release consideration. Continue on back, if necessary.

I have four kids & a wife in Yemen I haven't seen since 2015, I have spent almost a year in a ISIS prision & tortured, My father is paralyzed from a stroke, my mom is old, I have done ½ my time 7 years, I can offer to give up my citizenship & to do the rest of my 4 year time in Saudi arabia Prioson, they have a de-radiclization program, I am remoistful & changed person. Please show me some Mercy & give me a second chance. Also my brother recently died. & uncles

3. Submit your proposed Release Plans and continue on back, if necessary. The information should include the following detailed information:
   1. Where you will reside.
   2. How you will support yourself.

U.S Michigan or Saudi Arabia
My dad works in perfume business I will help him here or overseas.

4. If basis involves health, please provide the following information:
   1. Information on where you will receive medical treatment. (confidential)
   2. How you will pay for such treatment.

I am suffering some mental problem's, that I am embarresed to mention but it is basically repeated thinking/thoughts probaly from the devil).

Sensitive Limited Official Use Only

Musaibli, Ibraheem Izzy
56787-039
Unit A

## Inmate Request to Staff Member Response

This is in response to your Inmate Request to Staff regarding a Compassionate Release/Reduction in Sentence (RIS). Your request is based on extraordinary or compelling circumstances involving your wife, children and elderly parents, the loss of your brother and your voluntary agreement to leave the United States, and changes to the United States Sentencing Commissions guidelines.

After a review of your case, we will not be pursuing a request for compassionate release on your behalf. Title 18 of the United States Code, section 3528(c)(1)(A), allows a sentencing court, on motion of the Director of the Bureau of Prisons (BOP), to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The consideration criteria mentioned in your request does not meet the criteria listed in Program Statement 5050.50 for RIS consideration.

In the event you believe you are eligible for a RIS based on one or more of the criteria listed above, you must clearly identify which criteria you are requesting consideration and how you meet the criteria as outlined in Program Statement 5050.50.

Accordingly, this response is for informational purposes only. If you are dissatisfied with this response, you may file an appeal pursuant to Program Statement 1330.18, <u>Administrative Remedy Program</u>, within 20 calendar days of the date of this response.

I trust this addresses your concerns.

7/24/2025
Date

B. Lammer, Warden

USP Thomson Prision / Ibraheem Musaibli
PO Box 1001    #56787039    Legal Mail / Inmate name
Thomson IL 61285

QUAD CITIES IL PSDF
IL 612 1 L
11 JUN 2025 PM

TO: Judge (David Lawson)
clerk's office
Theodore Levin U.S. Courthouse
231 W Lafayette Blvd.
Detroit, MI 48226

U.S. MARSHALS

RECEIVED
JUN 16 2025
DAVID M. LAWSON
U.S. DISTRICT JUDGE